

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00347-CR

| | | |
|---|---|---|
| BRITTNEY MICHELLE BRIGHT, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1538670D) |
| V. | § | June 3, 2020 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker